JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC, *a Delaware Corporation*,<br><br>Plaintiff,<br><br>v.<br><br>POUNCE CONSULTING, INC., *a California Corporation*, and POUNCE CONSULTING, S.A. DE C.V., *a Mexican Sociedad Anónima de Capital Variable*,<br><br>Defendants. | Case No. 2:18-mc-00130<br><br>N.D. Cal. Case No. 4:17-cv-04732-PJH<br><br>**ORDER GRANTING PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S UNOPPOSED MOTION TO COMPEL (ECF 1, 12)** |

| | |
|---|---|
| 1 | This Court, having considered Plaintiff Cadence Design Systems, Inc.'s |
| 2 | unopposed Motion to Compel against third-party Bill Torres & Co., Inc. |
| 3 | ("Torres") in connection with *Cadence Design Systems, Inc. v. Pounce Consulting,* |
| 4 | *Inc., et al.*, No. 4:17-cv-04732-PJH (N.D. Cal.), hereby GRANTS the motion and |
| 5 | ORDERS that: |
| 6 | Unless the parties stipulate to different deadlines, Torres must produce all |
| 7 | responsive documents without objections to Cadence's document subpoena within 14 |
| 8 | calendar days of this order and appear for a deposition limited to questioning about |
| 9 | the produced documents within 14 days after the completed production of documents. |
| 10 | **IT IS SO ORDERED.** |

Dated: October 22, 2018

_____
Hon. Steve Kim
United States Magistrate Judge